RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 03/14/08

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **BERNHARD MECHANICAL CONTRACTORS, INC.** | **CIVIL ACTION NO. 07-1919** |
| **VERSUS** | **JUDGE MELANÇON** |
| **AMERICAN ARBITRATION ASSOCIATION, INC.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Remand filed by plaintiff, Bernhard Mechanical Contractors, Inc. [rec. doc. 7], is hereby **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by defendant, American Arbitration Association, Inc. [rec. doc. 14], is hereby **GRANTED**, and that all claims filed against defendant are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana this 12th day of March, 2008.

Tucker L. Melançon
United States District Judge